# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIDEON L. SCHWARTZ, TIMOTHY THOMPSON, MICHAEL J. RUSCA, MARK S. HAY, MICHAEL LLOYD SCHRECENGOST, JOHN JAKOB KAPINUS, and CHARLES JONES, | : : : : : : | Case No. 4:15-CV-02176 |
| Plaintiffs, | : : | (Judge Brann) |
| v. | : : : | |
| THE PENNSYLVANIA STATE UNIVERSITY, | : : : | |
| Defendant. | : | |

## ORDER

### APRIL 18, 2017

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant The Pennsylvania State University's Motion to Approve Settlement of claims brought under the Fair Labor Standards Act ("FLSA")(ECF No. 17) is **GRANTED** with the exception of the award of attorneys' fees in amount of $28,558.32 (ECF No. 18-2 ¶ 3(c)).

1

2. In accordance with the standard identified in the memorandum, Plaintiffs are directed to file any evidence supporting their proposed award of attorneys' fees within fourteen (14) days of the date of this Order.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge